UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

    JOHN R. LYNCH,                               Case No. 12-61025
                                                           Chapter 7
            Debtor.                                  Hon. Walter Shapero

_____/

OPINION REGARDING MOTION TO VACATE AUTOMATIC STAY [DOCKET NO. 19]

       On July 21, 2012, Fred J. Dery ("CWI Trustee"), Trustee of the Bankruptcy Estate of Collision on Wheels International, L.L.C., filed an Adversary Complaint against John Lynch ("Debtor") and several other defendants seeking, among other things, turnover of property of the Collision on Wheels International, L.L.C. estate. The Debtor did not file an Answer or otherwise respond to the Complaint and, on August 24, 2012, the Clerk's Entry of Default was entered. On September 7, 2012, CWI Trustee filed a Motion for Default Judgment against the Debtor. On September 17, 2012, the Debtor filed his Chapter 7 bankruptcy petition.

       On December 1, 2012, CWI Trustee filed a Motion to Vacate the Automatic Stay, seeking a lift of stay to allow him to proceed against the Debtor in the pending Adversary Proceeding and to obtain a default judgment against him. On December 12, 2012, the Debtor filed an Objection to the CWI Trustee's Motion. On December 14, 2012, Gene R. Kohut ("Lynch Trustee"), Chapter 7 Trustee in the Debtor's bankruptcy case, filed an Objection to the CWI Trustee's Motion.

       The Court held a hearing on the CWI Trustee's Motion on December 20, 2012. At the hearing, the parties agreed that Objections to the Motion could be resolved if (1) a provision allowing the Lynch Trustee to object to any proof of claim filed by the CWI Trustee in the Lynch

1

bankruptcy case is included in the Order; and (2) the "immediate turnover" language is removed from the CWI Trustee's proposed Order. The parties indicated that they would submit a stipulated Order lifting the automatic stay and containing the agreed upon language. The parties have not yet submitted that stipulated Order.

Accordingly, the CWI Trustee's Motion to Vacate the Automatic Stay is granted and the parties are directed to prepare and submit an Order containing the language agreed to at the December 20, 2012 hearing.

.

**Signed on August 30, 2013**

                                                        **/s/ Walter Shapero**
                                          **Walter Shapero**
                                          **United States Bankruptcy Judge**